B18J (Form 18J) (08/07)

# United States Bankruptcy Court

Eastern District of Michigan

**Case No. 09−20946−dob**

**Chapter 7**

**In re** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Larry Michael Sadler
2763 S Nottawa Rd
Mt Pleasant, MI 48858

Rebecca Lynd Sadler
fka Rebecca Lynd Cruz
2763 S Nottawa Rd
Mt Pleasant, MI 48858

Social Security / Individual Taxpayer ID No.:

xxx−xx−7837

xxx−xx−3868

Employer Tax ID / Other nos.:

## DISCHARGE OF JOINT DEBTORS

It appearing that the debtors are entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

BY THE COURT

Dated: 7/7/09

Daniel S. Opperman.BayCity
United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

## EXPLANATION OF BANKRUPTCY DISCHARGE IN A JOINT CHAPTER 7 CASE

This court order grants a discharge to the persons named as the debtors. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtors a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtors. A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtors' property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts That are Not Discharged**

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

# CERTIFICATE OF NOTICE

```
District/off: 0645-1         User: nmcca              Page 1 of 1              Date Rcvd: Jul 07, 2009
Case: 09-20946               Form ID: b18j            Total Noticed: 30

The following entities were noticed by first class mail on Jul 09, 2009.
db/jdb       +Larry Michael Sadler,   Rebecca Lynd Sadler,   2763 S Nottawa Rd,   Mt Pleasant, MI 48858-9077
17253055      AEP,   POB 24418,   Canton, OH  44701-4418
17253057     +ATT,   C/O Fidelity National Credit Services,   POB 3051,   Orange, CA 92857-0051
17253056      Applied Credit Card,   POB 17125,   Wilimgton, DE  19850-7125
17253059      CApital One C/O NCI Ocwen,   POB 740616,   Alanta, GA  30374-0616
17253058      Capital One,   POB 260848,   Plano, TX  75026-0848
17253061      Cash Net/Web Payday,   C/O National Credit Adjusters,   POB 3023,   Hutchinson, KS  67504-3023
17253062      City Of Columbus Water & Sewer Services,   POB 182882,   Columbus, OH  43218-2882
17253063     +Columbia Gas,   C/O United Collection,   5620 Southwyck Blvd  #21430868,   Toledo, OH 43614-1501
17253067     +FFPM Carmel Holding I,   C/O RPM,   1930 220th St   #101,   Bothell, WA 98021-8410
17253071     +HSBC,   C/O Redline Recovery,   6201 Bonhomme St  #100S,   Houston, TX 77036-4379
17253069      Holman & Holman, D.D.S,   4960 Cemetery Dr. #A,   Hillard, OH  43026-1622
17253070     +Household/Beneficial,   C/O Sentry Credit,   2809 Grand Ave,   Everett, WA 98201-3417
17253072     +Key Bank,   C/O NCO Financial/89,   POB 15636,   Wilmington, DE 19850-5636
17253073     +LaSalle Bank,   135 S LaSalle St,   Chicago, IL 60603-4489
17253076     +Seeley Auto Sales, Inc,   7625 N. Alger Rd,   Alma, MI 48801-9319
17253078      US Bank,   POB 20005,   Owensboro, KY  42304-0005
17253079      WAMu Home Mortgage,   POB 2441,   Chatsworth, CA  91313-2441
17253080      Washington Mutual,   POB 100576,   Florence, SC  29502-0576
17253081      Washington Mutual Card Services,   POB 66059,   Dallas, TX  75266-0509
17253082     +WashingtonMutualBank C/O Arrow Fin. Serv,   21031 Network Place,   Chicago, IL 60678-0001

The following entities were noticed by electronic transmission on Jul 07, 2009.
17253060      EDI: CAPITALONE.COM Jul 07 2009 20:23:00     Capitol One,   POB 30285,
               Salt Lake City, UT  84130-0285
17253064     +EDI: RCSFNBMARIN.COM Jul 07 2009 20:24:00     Credit One,   POB 98873,   Las Vegas, NV 89193-8873
17253065     +EDI: HFC.COM Jul 07 2009 20:23:00     Direct Merchants Bank,   POB 5250,
               Carol Stream, IL 60197-5250
17253066      EDI: TSYS2.COM Jul 07 2009 20:23:00     Fashion Bug,   POB 84073,   Columbus, GA  31908-4073
17253068      EDI: HFC.COM Jul 07 2009 20:23:00     HFC Beneficial,   POB 5240,   Carol Stream, IL  60197-5240
17253073     +EDI: BANKAMER2.COM Jul 07 2009 20:23:00     LaSalle Bank,   135 S LaSalle St,
               Chicago, IL 60603-4489
17253074     +EDI: MERRICKBANK.COM Jul 07 2009 20:18:00     Merrick Bank,   POB 9201,
               Old Bethpage, NY 11804-9001
17253075      EDI: HFC.COM Jul 07 2009 20:23:00     Orchard Bank C/O HSBC Card Services,   POB 80084,
               Salmas, CA  93912-0084
17431893      EDI: RECOVERYCORP.COM Jul 07 2009 20:23:00     Recovery Management Systems Corporation,
               25 S.E. 2nd Avenue, Suite 1120,   Miami, FL 33131-1605
17253077     +EDI: WTRRNBANK.COM Jul 07 2009 20:23:00     Target National Bank,   POB 59317,
               Minneapolis, MN 55459-0317
17253078      EDI: USBANKARS.COM Jul 07 2009 20:23:00     US Bank,   POB 20005,   Owensboro, KY  42304-0005
                                                                                               TOTAL: 11

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 09, 2009** **Signature:** Joseph Speetjens